**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No: 19-26699-JKO |
| Natasha Edouard, | Chapter 13 |

_____Debtor._____/

**MOTION TO MODIFY INTEREST RATE AND LOAN TERM ON LOAN HELD BY CARMAX BUSINESS SERVICES, LLC FOR MOTOR VEHICLE**

COMES NOW, the Debtor, Natasha Edouard, by and through undersigned counsel, who hereby move this Court for an Order modifying interest rate and term on vehicle loan held by CarMax Business Services, LLC (hereinafter referred to as "Creditor") pursuant to 11 U.S.C. §§ 506, 1322(b)(2) and states:

1. This Court has jurisdiction over this Chapter 13 case under 28 U.S.C. §§ 157 and 1334. This matter constitutes core proceedings under 28 U.S.C. § 157(b)(2).

2. Creditor is the owner and holder of a purchase money security interest created on January 15, 2015 and secured by collateral described as a 2012 Toyota Camry, VIN: 4T1BF1FKXCU083693 (referred herein as "the vehicle").

3. At the time of the filing of this case, the value of the vehicle was $10,050.00 as determined by Black Book.

4. Creditor filed a Proof of Claim # 2 in the instant case in the amount of $10,551.58 with a fixed annual interest rate of 22.49%.

5. Pursuant to 11 U.S.C. §1322(b)(2), Debtor seeks to modify Creditor's claim as to the interest rate and extend the term of the loan to allow the Debtor to pay the amount due over the life of the Chapter 13 plan.

6.  The prime interest rate at the time of the filing of the case was 5.00%.

Consequently, the Debtors seek to modify the interest rate to the prime rate plus an additional 2.00% as risk adjustment for a total of 7.00% per annum.

WHEREFORE, the Debtors respectfully request an order of the Court (a) modifying the interest rate of Creditor's note to a fixed annual rate of **7.00%** and modifying the loan term to allow the Debtor to cure the amount due over the life of the Chapter 13 plan, (b) determining that any timely filed proof of claim is classified as stated above, and (c) providing such other and further relief as is just.

## CERTIFICATE OF SERVICE

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was served in the manner described below, on February 6, 2020 upon:

**VIA ECF:**
-Robin R. Weiner ecf@ch13weiner.com; ecf2@ch13weiner.com
-Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
-Gavin N Stewart on behalf of Creditor Specialized Loan Servicing LLC
bk@stewartlegalgroup.com

**VIA U.S. MAIL:**
CarMax Business Services, LLC
**Attn.: William D. Nash, President and CEO**
12800 Tuckahoe Creek Pkwy
Richmond, VA 23238

CarMax Auto Finance
Attn.: Bankruptcy
PO Box 440609
Kennesaw, GA 30160

Natasha Edouard
6131 NW 54 Lane
Tamarac, FL 33319

|  |  |
|---|---|
|  | SEGAUL LAW FIRM |
|  | 300 S. Pine Island Road |
|  | Suite 304 |
|  | Plantation, FL 33324 |
|  | *T*: 954.424.3600 |
|  | *F*: 954.423-3561 |
|  | *Email*: John@Segaul.com |
| BY: | /s/ John D. Segaul |
|  | John D. Segaul, Esq. |
|  | Florida Bar No.: 907405 |